ACCEPTED
08-20-00224-CR
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
3/11/2021 1:49 PM
ELIZABETH G. FLORES
CLERK



# LAW OFFICE OF MATEO DEKOATZ

Attorney at Law
718 Myrtle Ave
El Paso, Texas 79901
Office (915) 235-5330
mateodekoatz@yahoo.com

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS

3/11/2021 1:49:42 PM

ELIZABETH G. FLORES
Clerk

Matthew "Mateo" DeKoatz, Attorney at Law
Licensed in the State of Texas
The Federal Western District of Texas
The Federal 5th Circuit Court of Appeals
The United States Supreme Court

Elizabeth G. Flores, Clerk
Court of Appeals, Eighth District of Texas
1203 El Paso County Courthouse
500 E. San Antonio
El Paso, Texas 79901

RE:   *Ex parte: Melissa Buckley*
      Cause Number: 08-20-00224-CR
      Trial Court Number: 20190D03405

DATE:  March 11, 2021

Dear Ms. Flores:

We are in agreement with Mr. Darnold's letter, dated March 11, 2021, and just filed with the Court. Please advise as to whether the Court wishes for me to send copies of the order(s), as stated in the Court's order of March 10, 2021.

Thank you.

Respectfully submitted,

_____
Matthew DeKoatz, for Melissa Buckley

Cc.  T. Darnold, via email

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Matthew DeKoatz
Bar No. 05722300
mateodekoatz@yahoo.com
Envelope ID: 51392409
Status as of 3/11/2021 2:04 PM MST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| TOM DARNOLD | | tdarnold@epcounty.com | 3/11/2021 1:49:42 PM | ERROR |

Associated Case Party: MELISSA BUCKLEY

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| MATEO DEKOATZ | | mateodekoatz@yahoo.com | 3/11/2021 1:49:42 PM | SENT |